IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TONNIE BORDELON                                                                       PLAINTIFF

Vs.                              CASE NO.   4:09cv00147 JMM

ARKANSAS DEPARTMENT OF HUMAN SERVICES                             DEFENDANT

ORDER

Plaintiff's unopposed motion to dismiss the above case without prejudice (DE #8) is granted.  The complaint and all claims in this action are hereby dismissed without prejudice.

The jury trial scheduled February 1, 2010, is canceled.

IT IS SO ORDERED this 3rd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE